UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

ADRIENNE FRANKLIN,                      CASE NO:  16-22178 GWE
                                        CHAPTER 13

## EXPEDITED MOTION TO REINSTATE CASE

COMES NOW your Debtor to move this Honorable Court that this instant Chapter 13 case be reinstated. The debtor's residence is included in her plan she shall be able to provide the necessary information needed to counsel and she also will be able to make her plan payments.

**WHEREFORE, PREMISES CONSIDERED, IT IS PRAYED** that the Chapter 13 Case be reinstated and for such further and other relief as to which the debtor may be entitled.

Respectfully submitted,

/s/ Ted I. Jones
Ted I. Jones (11017)
JONES & GARRETT LAW FIRM
An Association of Attorneys
2670 Union Extended, Suite 1200
Memphis, Tennessee 38112
Telephone: (901) 526-4249
Email: Dtedijones@aol.com
*Attorney for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this the 2nd day of June, 2016, a copy of the foregoing electronically filed motion was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

All creditors/interested parties listed on matrix.
All parties designed to receive electronic notice.
U.S. Trustee.

             /s/ Ted I. Jones
             Ted I. Jones